**IN THE UNITED STATE BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| IN RE: ) | |
| ) | **CASE NO. 08-50089-jwv7** |
| **TIMOTHY GREGORY WOOLERY,** ) | |
| ) | |
| **Debtor.** ) | |

### MOTION TO DEPOSIT FUNDS INTO COURT REGISTRY
### PURSUANT TO LOCAL RULE 3011-1

**COMES NOW**, Bruce E. Strauss, Trustee of the above captioned case, and for his motion to pay funds into the Court registry pursuant to Local Rule 3011-1 states and alleges as follows;

1. That the above captioned debtor filed for relief under Chapter 7 of the United States Bankruptcy Code on February 14, 2010.

2. That Bruce E. Strauss was appointed to administer the assets of the debtor's bankruptcy estate.

3. That the trustee collected funds totaling $9,973.61.

4. That on August 25, 2010 this Court entered an order approving of a final distribution.

5. That included in the distribution was an unsecured claim filed by Stuart Allen & Associates in the total amount of $922.73.

6. That the trustee distributed a check in the amount of $84.06 on this claim on September 30, 2010.

7. That the check has never been cashed and is now stale.

8. That the a brief investigation conducted by the trustee indicates that the check was properly addressed.  An attempt to contact Stuart Allen & Associates, a collection company, regarding the check was not successful.

9. That the trustee believes that considering the amount in question, and the efforts already put forth to pay on the claim, that depositing the funds into the Court is justified in order to avoid further undue cost to the trustee and delay in closing this bankruptcy case.

**WHEREFORE**, Bruce E. Strauss, Trustee, prays for an order of this Court allowing him to deposit funds totaling $84.06 into the Court Registry and for such other and further relief as the Court deems just.

>Merrick, Baker & Strauss, P.C.
>/s/ Harrison E. Strauss
>Harrison E. Strauss, Bar No. 61043
>ATTORNEY FOR TRUSTEE
>1044 Main St., Suite 400
>Kansas City, MO 64105
>(816) 221-8855 – (816) 221-7886 (FAX)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was service via electronic mail upon all parties requesting electronic notification in this case.

>/s/ Harrison E. Strauss
>Harrison E. Strauss